**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **TOBY RYDER** | **CASE NO. 6:19-CV-00702** |
| **VERSUS** | **JUDGE JUNEAU** |
| **NORTHLAND INSURANCE CO ET AL** | **MAGISTRATE JUDGE HANNA** |

## <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand be DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 8th day of August, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE